## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | **:** | |
| **v.** | **:** | **14-071(RJL)** |
| **JOSEPH BORGES** | **:** | |

DEFENDANT'S BOND REVIEW MOTION

Mr. Borges, through undersigned counsel, hereby moves this Court pursuant to 18 U.S.C. section 3142, to review his bond status in this case.  In support of the motion, counsel states the following:

1. Mr. Borges is before the Court charged with conspiracy to distribute and to possess with intent to distribute one kilogram or more of heroin.

2. By recently filed sealed notice, the government alerted the Court and counsel to "newly discovered information which may materially affect the ultimate disposition of this matter," as a result of which, "the government would not oppose a motion by the defendants for release, with certain conditions, from custody pending trial or other resolution of this case." *See* Notice filed October 23, 2014.

3. With regard to Mr. Borges, the government seeks the imposition of a monetary bond based upon its belief that Mr. Borges may have un-seized1 assets which would enable him to leave the Country.

4. Counsel opposes the imposition of a money bond as surrender of Mr. Borges' passport would better serve the interest advanced by the government.

---

1 In addition to the cash seized from Mr. Borges' home, the government has seized funds from multiple bank accounts allegedly connected to Mr. Borges as well as a variety of valuable jewelry from Mr. Borges and his wife. Thus, it is not at all clear that Mr. Borges would be able to post a money bond.

5.      The Court should Order Mr. Borges' immediate release for the reasons stated by the government.

6.      The subject matter of the government's Notice, as the government concedes, severely impacts the strength and possibly viability of the government's case against Mr. Borges.

7.      Particularly under the circumstances, Mr. Borges can be trusted to return to Court as required.

8.      Moreover, Mr. Borges has always appeared in court as required. *See* PTSA report.

9.      Finally, apart from the statutorily assigned designation of dangerousness attending the charged offense, there is absolutely no reason to fear that Mr. Borges presents any danger to the community.  There is no allegation of any violence undertaken by Mr. Borges.  The weapons that he allegedly possessed were found in his home in Maryland, and there is no allegation that Mr. Borges was ever in possession of either weapon outside the home.

## CONCLUSION

WHEREFORE, because the government does not oppose the motion and for the above stated reasons counsel respectfully urges the Court to reconsider Mr. Borges' bond status and release him to the high intensity supervision program run by the pretrial services agency.

Respectfully submitted,

/s/_____
Nikki Lotze
LOTZE MOSLEY, LLP
400 7th Street, NW
Suite 202
Washington, D.C. 20004
(202) 393-0535 phone