THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 14cr-071 (RJL) |
| v. : | |
| : | |
| *Darnell Jackson* : | |
| : | |

    *(defendant)*

## UNOPPOSED MOTION FOR BOND REVIEW

**COMES NOW**, Darnell Jackson, through undersigned counsel, and moves this Honorable Court release him from further pre-trial detention. The following is in support of this motion:

On or about October 22, 2014, Darlene Soltys, Esq., counsel for the government filed a Notice under seal. In that Notice, Ms. Soltys noted she would not oppose the defendants release with certain conditions, from custody pending trial or other resolution of this case.

Mr. Jackson would request he be released to reside back at his residence with his wife. He would not oppose conditions be placed upon him, such as electronic monitoring or other conditions which would permit him to work. At the time of his arrest in this case, he was not on supervision for any other case. His previous periods of supervision were completed successfully. His last arrest according to the pre-trial service report occurred fourteen years ago in 1999.

**WHEREFORE,** Mr. Jackson moves this Honorable Court grant his release from detention with conditions, based upon the arguments put forth in this pleading and any others the Court deems relevant.

2

        Respectfully submitted,

        /s/

        _____
        Elita C. Amato
        Counsel to Jackson
        D. C. Bar # 442797
        1600 Wilson Blvd., Suite 205
        Arlington, VA 22209
        703-522-5900

**CERTIFICATE OF SERVICE**

    **I CERTIFY** that the above motion was filed electronically on October 27, 2014, thereby providing service electronically on all parties in this case.

        /s/
        _____
        Elita C. Amato, Esq.