UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Crim. No. 14-071 (RJL) |
| | ) | |
| | ) | |
| JOSEPH BORGES, | ) | |
| CHARLES GREER, | ) | |
| DARNELL K. JACKSON and | ) | |
| COREY RICH | ) | |
| Defendants. | ) | |

**GOVERNMENT'S MOTION TO DISMISS INDICTMENT**

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves to dismiss the Indictment, as to all defendants, without prejudice.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar No. 447-889

By:      /s/
Darlene M. Soltys
Assistant United States Attorney
D.C. Bar No. 431-036
Violent Crime and Narcotics
Trafficking Section
555 4th Street, NW, 4th Floor
Washington, DC 20530
(202) 252-7685
Darlene.soltys@usdoj.gov

1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| v. | ) | **Crim. No. 14-071 (RJL)** |
| | ) | |
| | ) | |
| **JOSEPH BORGES,** | ) | |
| **CHARLES GREER,** | ) | |
| **DARNELL K. JACKSON and** | ) | |
| **COREY RICH** | ) | |
|     **Defendants.** | ) | |

### O R D E R

Upon consideration of the Government's Motion to Dismiss Indictment, without prejudice, it is:

ORDERED that the motion is GRANTED as to all defendants, this ___ day of _____, 2014.

_____
RICHARD J. LEON
United States District Court Judge
For the District of Columbia

2